IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC, § § § | |
| Plaintiff, § | Case No: 1:21-cv-11594-DLC |
| § | |
| vs. § | PATENT CASE |
| § | |
| ACCUTRACKING, INC., § § | |
| Defendant. § § | |

**PLAINTIFF'S ANSWERS AND DEFENSES TO
DEFENDANT'S COUNTERCLAIMS**

Now comes Plaintiff, Social Positioning Input Systems, LLC ("Plaintiff," "Counterclaim Defendant," or "SPIS"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff AccuTracking, Inc.'s ("Defendant," "Counterclaim Plaintiff," or "AccuTracking") Counterclaims [Doc. 7] (hereafter the "Counterclaims") as follows:

**PARTIES**

1. SPIS has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2. Admitted.

**JURISDICTION**

3. SPIS incorporates by reference each of its answers in paragraphs 1-2 above.

4. Admitted.

5. Admitted.

6. SPIS admits that venue is proper. SPIS denies any remaining allegations in paragraph 6.

## COUNT I

7. SPIS incorporates by reference each of its answers in paragraphs 1-6 above.

8. SPIS admits that an actual controversy exists concerning infringement of the '365 Patent. SPIS denies any remaining allegations contained in paragraph 8.

9. Denied.

10. SPIS admits that AccuTracking seeks a declaratory judgment. SPIS denies any remaining allegations contained in paragraph 10.

## COUNT II

11. SPIS incorporates by reference each of its answers in paragraphs 1-10 above.

12. SPIS admits that an actual controversy exists concerning infringement of the '365 Patent. SPIS denies any remaining allegations contained in paragraph 12.

13. Denied.

14. Denied.

15. SPIS admits that AccuTracking seeks a declaratory judgment. SPIS denies any remaining allegations contained in paragraph 15.

16. Denied.

## PRAYER FOR RELIEF

To the extent a response is required, SPIS denies that AccuTracking is entitled to any of the relief requested.

Dated: November 16, 2021.                    Respectfully submitted,

*/s/ Brendan M. Shortell*

Brendan M. Shortell (BBO# 675851)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Telephone: 617.720.0091
Facsimile: 617.7206307
Shortell@lambertpatentlaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on November 16, 2021. Parties may access the foregoing through the Court's system.

/s/ *Brendan M. Shortell*
Brendan M. Shortell (BBO# 675851)