IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC,<br><br>                Plaintiff,<br>v.<br><br>ACCUTRACKING, INC.,<br><br>                Defendant. | C.A. 1:21-CV-11594-NMG<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

      Plaintiff Social Positioning Input Systems, LLC, and Defendant AccuTracking, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

      1.      All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

      2.      Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

      This Stipulation and Order shall finally resolve the Action between the parties.

Dated: November 18, 2021

Respectfully Submitted,

By: */s/ Brendan M. Shortell*
Brendan M. Shortell (BBO# 675851)
Shortell@lambertpatentlaw.com
LAMBERT SHORTELL &
CONNAUGHTON
100 Franklin Street, Suite 903
Boston, MA 02110
(617) 720-0091 (Telephone)
(617) 720-6307 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Qiuyi Wu*
Qiuyi Wu (BBO #704069)
qwu@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

Neil J. McNabnay (*pro hac vice*)
mcnabnay@fr.com
Ricardo J. Bonilla (*pro hac vice*)
rbonilla@fr.com
Noel Chakkalakal (*pro hac vice*)
chakkalakal@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 18, 2021.

                */s/ Qiuyi Wu*
                Qiuyi Wu